# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Matthew Thomas Zarder | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **SA12CA0857 FB** |
| v. | ) | CASE NUMBER:_____ |
| | ) | |
| | ) ss | |
| NCO FINANCIAL SERVICES, | ) | |
| INCORPORATED | ) | |
| | ) | |
| | ) | |
| Defendant | ) | COMPLAINT - STATUTORY DAMAGES |
| | ) | PER FDCPA, TCPA |
| | ) | |

## COMPLAINT

COMES NOW Matthew Thomas Zarder, Third Party Interest Intervenor and Real Party in Interest, in the nature of amicus curiae, who is neutral in the public, making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8), Supplemental Rules for Certain Admiralty and Maritime Claims, who is unschooled in law and notices the court of the enunciated principles as stated in Haines v. Kerner, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/ or complaints shall have the court look to the substance of the pleadings/notices herein without waiver of any defenses.

Plaintiff, Matthew Thomas Zarder, individually, hereby sues Defendant for violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(1)(A), 47 U.S.C. § 227(b) (1)(A)(iii), and the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692b(2), 15 U.S.C. § 1692d(5), 15 U.S.C. § 1692d(6).

## JURISDICTION AND VENUE

1. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3) and 15 U.S.C § 1692k(d).

2. Venue is proper pursuant to 28 U.S.C. §1391(b)(2).

3. Venue in this District is proper because the Plaintiff resides here, Defendant transacts business here, and the conduct complained of occurred here.

4. This is an action for damages which exceed $150,000.

**PARTIES**

5. Plaintiff, Matthew T. Zarder, is a natural person residing in Comal County, Texas.

6. Plaintiff is a consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7. Defendant, NCO FINANCIAL SERVICES, INCORPORATED (NCO), is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

8. Defendant, NCO, in connection with the matters alleged herein, transacts or has transacted business in this district and throughout the United States.

**GENERAL FACTUAL ALLEGATIONS**

9. From June 4, 2012 through August 31, 2012, Defendant used an automatic telephone dialing system to call Plaintiff's Internet phone 43 times [see attachments].

10. From June 4, 2012 through August 31, 2012, Defendant used an artificial or prerecorded voice to send 20 messages to Plaintiff's Internet phone [see attachments].

11. On June 26, 2012, August 8, 2012, and August 9, 2012, Defendant caused Plaintiff's Internet phone to ring repeatedly with the intent to annoy, abuse, or harass Plaintiff [see attachments].

12. On many occasions, Defendant left a voicemail on Plaintiff's Internet phone disclosing that Plaintiff owed an alleged debt without confirming the identity of the Plaintiff [see attachments].

13. On many occasions, Defendant sent communications to Plaintiff's Internet phone without meaningful disclosure of Defendant's identity [see attachments].

14. Plaintiff has no prior business relationship with Defendant.

15. All 43 calls were made by Defendant for commercial purposes.

16. Plaintiff has granted neither express nor implied permission to Defendant to call Plaintiff's Internet phone.

17. Plaintiff has granted neither express nor implied permission to Defendant to leave prerecorded messages on Plaintiff's Internet phone.

18. Plaintiff's Internet phone is a service for which Plaintiff is charged per minute and per voicemail [see attachments].

19. Plaintiff was charged for all 43 calls [see attachments].

## COUNT ONE- VIOLATIONS OF THE

## TELEPHONE COMMUNICATIONS ACT 47 U.S.C. §227

20. Plaintiff alleges and incorporates the information in paragraphs 1 through 19.

21. Each phone call initiated by Defendant to Plaintiff using an automatic dialing system is a violation of U.S.C. §227(b)(1)(A).

22. Each voice message sent by Defendant to Plaintiff's Internet phone using a prerecorded voice is a violation of 47 U.S.C. §227(b)(1)(A).

23. Each phone call initiated by Defendant to Plaintiff for which Plaintiff was charged is a violation of 47 U.S.C. §227(b)(1)(A)(iii).

24. Defendant has committed 43 separate violations of 47 U.S.C. §227(b)(1)(A) by using an automatic dialing system to make 43 phone calls to Plaintiff's Internet phone.

25. Defendant has committed 20 separate violations of 47 U.S.C. §227(b)(1)(A) by using a prerecorded voice to send 20 messages to Plaintiff's Internet phone.

26. Defendant has committed 43 separate violations of 47 U.S.C. §227(b)(1)(A)(iii) by causing Plaintiff to be charged for 43 phone calls initiated by Defendant.

27. Any unintentional violation under 47 U.S.C. §227 carries damages of $500 per violation against the violating entity pursuant to 47 U.S.C. §227(b)(3)(B)

28. Any intentional violation under 47 U.S.C. §227 carries damages of $1,500 per violation against the violating entity pursuant to 47 U.S.C. §227(b)(3).

29. The repetitive nature of these violations by Defendant plainly shows that Defendant intentionally or knowingly violated U.S.C. §227(b)(1)(A) and U.S.C. §227(b)(1)(A)(iii).

30. All 63 violations of 47 U.S.C. §227(b)(1)(A) committed by Defendant are considered intentional violations pursuant to 47 U.S.C. §227(b)(3).

31. All 43 violations of 47 U.S.C. §227(b)(1)(A)(iii) committed by Defendant are considered intentional violations pursuant to 47 U.S.C. §227(b)(3).

32. In total, Defendant committed 106 intentional violations under 47 U.S.C. §227.

33. Total damages against Defendant pursuant to 47 U.S.C §227(b)(3) amount to $159,000.

## COUNT TWO - VIOLATIONS OF THE

## FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. §1692

34. Plaintiff alleges and incorporates the information in paragraphs 1 through 19.

35. Defendant has violated 15 U.S.C. § 1692b(2) by disclosing to a third party other than the consumer that Plaintiff owes an alleged debt.

36. Defendant has violated 15 U.S.C. § 1692d(5) by causing Plaintiff's Internet phone to ring repeatedly with the intent to annoy, abuse, or harass Plaintiff.

37. Defendant has violated 15 U.S.C. § 1692d(6) by placing calls to Plaintiff's Internet phone without meaningful disclosure of Defendant' identity.

38. Total statutory damages against Defendant pursuant to 15 U.S.C. 1692k(a)(2)(A) amount to $1,000.

### RELIEF REQUESTED

**WHEREFORE,** Plaintiff demands judgment against Defendant for statutory damages totaling at least $160,000, as well as punitive damages, attorney's fees and costs, and any interest deemed reasonable by the court.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this twelfth day of September, 2012.

Matthew T. Zarder

331 South Academy Avenue, New Braunfels, Texas [78130]

210-468-0326

## Attachments

1. Affidavit by Matthew T. Zarder

2. eVoice call record

3. CD containing .wav files of voicemails sent by NCO Financial Services

4. Billing information from eVoice for Matthew T. Zarder's account

# Affidavit

I, Matthew Thomas Zarder, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, to the best of my knowledge, under penalty of perjury.

Below is a record of calls received by me from NCO Financial Services between June 4, 2012 and August 31, 2012. These phone calls were made to my eVoice Internet phone line, for which I was charged for each call. Additional details about each call relating to TCPA and FDCPA violations are also included in the record below.

## Chronological Record of Calls Received

| Call Date | Call Time | Caller Number | Caller Name | Did caller use a prerecorded voice to leave a message? | Did caller cause recipient to be charged for phone call? | Did caller intentionally violate TCPA? |
|---|---|---|---|---|---|---|
| 6/4/2012 | 11:16:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/5/2012 | 10:51:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/6/2012 | 15:59:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/7/2012 | 10:41:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/8/2012 | 10:50:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/11/2012 | 11:24:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/14/2012 | 11:18:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 6/18/2012 | 11:13:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/19/2012 | 11:24:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 6/26/2012 | 18:15:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 6/26/2012 | 18:21:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/28/2012 | 8:43:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 6/29/2012 | 9:20:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/5/2012 | 11:19:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/6/2012 | 10:48:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/11/2012 | 10:49:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/12/2012 | 11:08:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/13/2012 | 10:49:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/16/2012 | 10:51:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 7/17/2012 | 11:13:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/18/2012 | 11:24:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 7/23/2012 | 10:56:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/24/2012 | 16:02:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 7/25/2012 | 11:10:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/27/2012 | 10:36:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 7/31/2012 | 10:45:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 8/2/2012 | 10:45:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/3/2012 | 10:42:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/6/2012 | 10:45:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 8/8/2012 | 10:44:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/8/2012 | 17:42:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/9/2012 | 12:25:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/9/2012 | 13:50:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 8/10/2012 | 12:06:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 8/11/2012 | 9:46:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/14/2012 | 15:53:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/17/2012 | 10:49:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |

| 8/20/2012 | 11:18:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
|-----------|----------|--------------|---------------|-----|-----|-----|
| 8/21/2012 | 10:54:00 | 888-475-6741 | NCO Financial | No | Yes | Yes |
| 8/23/2012 | 11:17:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/24/2012 | 10:47:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/28/2012 | 11:28:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |
| 8/31/2012 | 10:51:00 | 888-475-6741 | NCO Financial | Yes | Yes | Yes |

**Additional Relevant Facts**

On the dates/times indicated below, NCO financial caused my eVoice Internet phone line to ring repeatedly with the intent to annoy, abuse, or harass me:

- June 26, 2012, 18:15 and 18:21
- August 8, 2012, 10:44 and 17:42
- August 9, 2012, 12:25 and 13:50

On the dates/times indicated below, NCO Financial Services left a voicemail on my eVoice Internet phone line disclosing that I owe an alleged debt. NCO Financial Services did not confirm my identity before leaving these messages:

- August 3, 2012, 10:42
- August 8, 2012, 17:42
- August 9, 2012, 13:50
- August 11, 2012, 09:46
- August 14, 2012, 15:53
- August 24, 2012, 10:47
- August 31, 2012, 10:51

On the dates/times indicated below, NCO Financial Services sent communications to my eVoice Internet phone line without meaningful disclosure of NCO Financial Services' identity:

- June  14, 2012, 11:18
- June 19, 2012, 11:24
- June 26, 2012, 18:15
- July 5, 2012, 11:19
- July 16, 2012, 10:51
- July 18, 2012, 11:24
- July 24, 2012, 16:02

- August 2, 2012, 10:45
- August 8, 2012 10:44
- August 17, 2012 10:49
- August 20, 2012 11:18
- August 23, 2012 11:17
- August 28, 2012 11:28

Witness my hand and seal.



By: _____

Matthew Thomas Zarder

Jurat

State of Texas                )

                              ) ss:

County of Comal               )

Subscribed and sworn to (or affirmed) before me on this 12 day of September, 2012 by Matthew T. Zarder, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



Notary Signature

(Seal)

JOHN R. RUGGLES, SR.
Notary Public, State of Texas
My Commission Expires
April 01, 2014

My Commission Expires: APR 1, 2014

eVoice - Call History

https://www.evoice.com/my-account/call-history

**From:** 06/04/12    **To:** 08/31/12    **DISPLAY**

| START TIME | END TIME | CALLING PARTY | CALLED NUMBER | TYPE |
|---|---|---|---|---|
| 06/04/2012 11:15am | 06/04/2012 11:16am | 8884756741 | | inbou... |
| 06/05/2012 10:51am | 06/05/2012 10:51am | 8884756741 | | inbou... |
| 06/06/2012 10:50am | 06/06/2012 10:50am | 8884756741 | | inbou... |
| 06/06/2012 3:59pm | 06/06/2012 3:59pm | 8884756741 | | inbou... |
| 06/07/2012 10:27am | 06/07/2012 10:28am | 8002226297 | | inbou... |
| 06/07/2012 10:41am | 06/07/2012 10:41am | 8884756741 | | inbou... |
| 06/08/2012 10:50am | 06/08/2012 10:50am | 8884756741 | | inbou... |
| 06/08/2012 5:26pm | 06/08/2012 5:27pm | 8008895280 | | inbou... |
| 06/09/2012 12:06pm | 06/09/2012 12:06pm | 2109453300 | | inbou... |
| 06/11/2012 11:24am | 06/11/2012 11:24am | 8884756741 | | inbou... |
| 06/12/2012 11:18am | 06/12/2012 11:18am | 8884756741 | | inbou... |
| 06/12/2012 11:43am | 06/12/2012 11:43am | 8002226297 | | inbou... |
| 06/14/2012 11:18am | 06/14/2012 11:18am | 8884756741 | | inbou... |
| 06/15/2012 10:50am | 06/15/2012 10:51am | 8884756741 | | inbou... |
| 06/18/2012 11:13am | 06/18/2012 11:13am | 8884756741 | | inbou... |

Page 1 of 6   ▶ ▶|   ⟳  🖨 Print          Displaying calls 1 - 15 of 84

Messages

**Admin Settings**

Account Settings
Call History
Password
Secret Question
Time Zone

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

9/11/12 10:35 AM

eVoice - Call History

https://www.evoice.com/my-account/call-history

**From:** 06/04/12   **To:** 08/31/12   **DISPLAY**

| START TIME | END TIME | CALLING PARTY | CALLED NUMBER | TYPE |
|---|---|---|---|---|
| 06/18/2012 1:56pm | 06/18/2012 1:56pm | 2109453300 | | inbou... |
| 06/19/2012 11:24am | 06/19/2012 11:25am | 8884756741 | | inbou... |
| 06/19/2012 3:39pm | 06/19/2012 3:39pm | 8002226297 | | inbou... |
| 06/20/2012 10:41am | 06/20/2012 10:41am | 8884756741 | | inbou... |
| 06/20/2012 11:09am | 06/20/2012 11:09am | 8884756741 | | inbou... |
| 06/21/2012 10:46am | 06/21/2012 10:46am | 8884756741 | | inbou... |
| 06/22/2012 10:45am | 06/22/2012 10:45am | 8884756741 | | inbou... |
| 06/26/2012 2:25pm | 06/26/2012 2:25pm | 8002226297 | | inbou... |
| 06/26/2012 6:03pm | 06/26/2012 6:15pm | 8884756741 | | inbou... |
| 06/26/2012 6:21pm | 06/26/2012 6:21pm | 8884756741 | | inbou... |
| 06/27/2012 10:44am | 06/27/2012 10:44am | 8884756741 | | inbou... |
| 06/28/2012 8:43am | 06/28/2012 8:43am | 8884756741 | | inbou... |
| 06/29/2012 9:19am | 06/29/2012 9:20am | 8884756741 | | inbou... |
| 07/02/2012 11:14am | 07/02/2012 11:14am | 8884756741 | | inbou... |
| 07/05/2012 11:19am | 07/05/2012 11:19am | 8884756741 | | inbou... |

|◄ ◄ Page 2 of 6 ► ►|  ⟳  🖨 **Print**                    Displaying calls 16 - 30 of 84

Messages

**Admin Settings**

Account Settings
Call History
Password
Secret Question
Time Zone

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

9/11/12 10:36 AM

eVoice - Call History                                     https://www.evoice.com/my-account/call-history

**From:** 06/04/12      **To:** 08/31/12        **DISPLAY**

| START TIME | END TIME | CALLING PARTY | CALLED NUMBER | TYPE |
|---|---|---|---|---|
| 07/06/2012 10:48am | 07/06/2012 10:48am | 8884756741 | | inbou... |
| 07/06/2012 11:42am | 07/06/2012 11:42am | 8002226297 | | inbou... |
| 07/09/2012 11:09am | 07/09/2012 11:09am | 8884756741 | | inbou... |
| 07/10/2012 3:11pm | 07/10/2012 3:12pm | 8002226297 | | inbou... |
| 07/11/2012 10:49am | 07/11/2012 10:49am | 8884756741 | | inbou... |
| 07/12/2012 11:08am | 07/12/2012 11:08am | 8884756741 | | inbou... |
| 07/13/2012 10:49am | 07/13/2012 10:49am | 8884756741 | | inbou... |
| 07/16/2012 10:50am | 07/16/2012 10:51am | 8884756741 | | inbou... |
| 07/17/2012 11:12am | 07/17/2012 11:13am | 8884756741 | | inbou... |
| 07/18/2012 10:49am | 07/18/2012 10:50am | 8884756741 | | inbou... |
| 07/18/2012 11:23am | 07/18/2012 11:24am | 8884756741 | | inbou... |
| 07/18/2012 7:32pm | 07/18/2012 7:32pm | 8002226297 | | inbou... |
| 07/19/2012 5:11pm | 07/19/2012 5:12pm | 2108530725 | | inbou... |
| 07/19/2012 8:00am | 07/19/2012 8:00am | 8884756741 | | inbou... |
| 07/23/2012 10:56am | 07/23/2012 10:56am | 8884756741 | | inbou... |

I◀  ◀  Page 3  of 6  ▶  ▶I  ⟳  🖶 **Print**         Displaying calls 31 - 45 of 84

Messages

**Admin Settings**

Account Settings
Call History
Password
Secret Question
Time Zone

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

9/11/12 10:36 AM

eVoice - Call History                                               https://www.evoice.com/my-account/call-history

From: 06/04/12    To: 08/31/12    **DISPLAY**

| START TIME | END TIME | CALLING PARTY | CALLED NUMBER | TYPE |
|---|---|---|---|---|
| 07/24/2012 11:07am | 07/24/2012 11:07am | 8884756741 | | inbou… |
| 07/24/2012 3:12pm | 07/24/2012 3:12pm | 8002226297 | | inbou… |
| 07/24/2012 4:01pm | 07/24/2012 4:02pm | 8884756741 | | inbou… |
| 07/25/2012 11:10am | 07/25/2012 11:10am | 8884756741 | | inbou… |
| 07/26/2012 8:07am | 07/26/2012 8:07am | 8002226297 | | inbou… |
| 07/27/2012 10:35am | 07/27/2012 10:36am | 8884756741 | | inbou… |
| 07/31/2012 10:44am | 07/31/2012 10:45am | 8884756741 | | inbou… |
| 07/31/2012 5:42pm | 07/31/2012 5:42pm | 8884756741 | | inbou… |
| 08/02/2012 10:44am | 08/02/2012 10:45am | 8884756741 | | inbou… |
| 08/02/2012 3:27pm | 08/02/2012 3:27pm | 8002226297 | | inbou… |
| 08/02/2012 9:27am | 08/02/2012 9:28am | 2105229528 | | inbou… |
| 08/03/2012 10:42am | 08/03/2012 10:42am | 8884756741 | | inbou… |
| 08/06/2012 10:45am | 08/06/2012 10:45am | 8884756741 | | inbou… |
| 08/08/2012 10:43am | 08/08/2012 10:43am | 8884756741 | | inbou… |
| 08/08/2012 3:45pm | 08/08/2012 3:45pm | 8884756741 | | inbou… |

|◀  ◀  Page 4  of 6  ▶  ▶|  ⟳  ▦  **Print**                     Displaying calls 46 - 60 of 84

Messages

**Admin Settings**

Account Settings
Call History
Password
Secret Question
Time Zone

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

eVoice - Call History                                    https://www.evoice.com/my-account/call-history

**From:** 06/04/12   **To:** 08/31/12      **DISPLAY**

| START TIME | END TIME | CALLING PARTY | CALLED NUMBER | TYPE |
|---|---|---|---|---|
| 08/08/2012 5:40pm | 08/08/2012 5:41pm | 8884756741 | | inbou... |
| 08/09/2012 12:24pm | 08/09/2012 12:25pm | 8884756741 | | inbou... |
| 08/09/2012 1:49pm | 08/09/2012 1:50pm | 8884756741 | | inbou... |
| 08/09/2012 9:15am | 08/09/2012 9:15am | 8884756741 | | inbou... |
| 08/10/2012 10:50am | 08/10/2012 10:50am | 8002226297 | | inbou... |
| 08/10/2012 12:07pm | 08/10/2012 12:07pm | 8884756741 | | inbou... |
| 08/10/2012 9:09am | 08/10/2012 9:09am | 8884756741 | | inbou... |
| 08/11/2012 9:45am | 08/11/2012 9:46am | 8884756741 | | inbou... |
| 08/13/2012 10:34am | 08/13/2012 10:34am | 8884756741 | | inbou... |
| 08/13/2012 12:37pm | 08/13/2012 12:37pm | 8884756741 | | inbou... |
| 08/14/2012 3:52pm | 08/14/2012 3:53pm | 8884756741 | | inbou... |
| 08/16/2012 11:03am | 08/16/2012 11:03am | 8002226297 | | inbou... |
| 08/16/2012 11:16am | 08/16/2012 11:16am | 8884756741 | | inbou... |
| 08/17/2012 10:49am | 08/17/2012 10:49am | 8884756741 | | inbou... |
| 08/20/2012 11:18am | 08/20/2012 11:18am | 8884756741 | | inbou... |

|◀  ◀   Page 5   of 6   ▶  ▶|  ↻  🖶  **Print**          Displaying calls 61 - 75 of 84

Messages

**Admin Settings**

Account Settings
Call History
Password
Secret Question
Time Zone

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

eVoice - Call History

https://www.evoice.com/my-account/call-history

**From:** 06/04/12   **To:** 08/31/12   **DISPLAY**

| START TIME | END TIME | CALLING PARTY | CALLED NUMBER | TYPE |
|---|---|---|---|---|
| 08/21/2012 10:54am | 08/21/2012 10:54am | 8884756741 | | inbou... |
| 08/23/2012 11:17am | 08/23/2012 11:17am | 8884756741 | | inbou... |
| 08/23/2012 3:23pm | 08/23/2012 3:24pm | 8002226297 | | inbou... |
| 08/24/2012 10:46am | 08/24/2012 10:47am | 8884756741 | | inbou... |
| 08/27/2012 11:05am | 08/27/2012 11:05am | 8884756741 | | inbou... |
| 08/28/2012 11:27am | 08/28/2012 11:28am | 8884756741 | | inbou... |
| 08/29/2012 10:49am | 08/29/2012 10:49am | 8884756741 | | inbou... |
| 08/30/2012 10:54am | 08/30/2012 10:55am | 8884756741 | | inbou... |
| 08/31/2012 10:51am | 08/31/2012 10:51am | 8884756741 | | inbou... |

Page 6  of 6    Print    Displaying calls 76 - 84 of 84

Messages

**Admin Settings**

Account Settings
Call History
Password
Secret Question
Time Zone

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

9/11/12 10:39 AM

eVoice - Billing Plan                                    https://www.evoice.com/my-account/adminSettings/billingPlan/b...

**Main Number:** (210) 468-0326

6 month free trial (includes 500 minutes and 30 Voice to text messages).
Trial is followed by $12.95/month plan which includes 300 minutes
(additional minutes are $0.059/minute) and 40 V2T messages for the
admin extension (additional messages are $0.10 each).

Messages

Admin Settings

Activate Auto Attendant

Edit User Profile

**Billing Plan**

Billing Information

Billing History

Call Recording

Current Usage

Voicemail to Text

Web Conferencing
Settings

**Account Settings**

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

9/11/12 4:52 PM

eVoice - Billing History Date Summary                    https://www.evoice.com/my-account/adminSettings/billingHisto...

**Recurring Monthly Charges Summary**

| | |
|---|---:|
| Billing Date: | 6/9/2012 |
| Billing Start Date: | 5/9/2012 |
| Billing End Date: | 6/8/2012 |
| Service Plan for Company | Monthly Service Plan: TIER1 |
| Recurring Charge for Company (US$): | 12.95 |
| Usage Charge For Company: | 0.00 |
| Total (Usage + Rebilling) Charge (US$): | 0.00 |
| Dues in Previous Period (US$): | 12.95 |
| Credits and Payments during period (US$): | -12.95 |
| Net dues for company in this bill (US$): | 12.95 |

| Usage Charges | Usage | Rate | Total |
|---|---:|---:|---:|
| Inbound Calls (60 seconds unit) | 22 | 0.0590 | 1.30 |
| Forward and Outgoing Calls - Domestic (60 seconds) | 0 | 0.0000 | 0.00 |
| Click-to-Call Summary | 0 | 0.0590 | 0.00 |
| Voicemail-to-Text | 0 | 0.00 | 0.00 |
| Voicemail-to-Text | 17 | 0.10 | 0.00 |

Messages

Admin Settings
Activate Auto Attendant
Edit User Profile
Billing Plan
Billing Information
**Billing History**
Call Recording
Current Usage
Voicemail to Text
Web Conferencing Settings

Account Settings

Call Settings

Conferencing

Quickstart Guide

Upgrade eVoice

Mobile Apps

9/11/12 4:53 PM

eVoice - Billing History Date Summary                                      https://www.evoice.com/my-account/adminSettings/billingHisto...

**Recurring Monthly Charges Summary**

| | |
|---|---:|
| Billing Date: | 7/9/2012 |
| Billing Start Date: | 6/9/2012 |
| Billing End Date: | 7/8/2012 |
| Service Plan for Company | Monthly Service Plan: TIER1 |
| Recurring Charge for Company (US$): | 12.95 |
| Usage Charge For Company: | 0.00 |
| | |
| Total (Usage + Rebilling) Charge (US$): | 0.00 |
| Dues in Previous Period (US$): | 12.95 |
| Credits and Payments during period (US$): | -12.95 |
| | |
| Net dues for company in this bill (US$): | 22.95 |

| Usage Charges | Usage | Rate | Total |
|---|---:|---:|---:|
| Inbound Calls (60 seconds unit) | 35 | 0.0590 | 2.07 |
| Forward and Outgoing Calls - Domestic (60 seconds) | 0 | 0.0000 | 0.00 |
| Click-to-Call Summary | 0 | 0.0590 | 0.00 |
| Voicemail-to-Text | 0 | 0.00 | 0.00 |
| Voicemail-to-Text | 17 | 0.10 | 0.00 |

Messages

Admin Settings
Activate Auto Attendant
Edit User Profile
Billing Plan
Billing Information
Billing History
Call Recording
Current Usage
Voicemail to Text
Web Conferencing Settings

Account Settings

Call Settings

Conferencing

Quickstart Guide

Upgrade eVoice

Mobile Apps

9/11/12 4:53 PM

eVoice - Billing History Date Summary                    https://www.evoice.com/my-account/adminSettings/billingHisto...

**Recurring Monthly Charges Summary**

| | |
|---|---:|
| Billing Date: | 8/9/2012 |
| Billing Start Date: | 7/9/2012 |
| Billing End Date: | 8/8/2012 |
| Service Plan for Company | Monthly Service Plan: TIER1 |
| Recurring Charge for Company (US$): | 12.95 |
| Usage Charge For Company: | 0.00 |
| | |
| Total (Usage + Rebilling) Charge (US$): | 0.00 |
| Dues in Previous Period (US$): | 22.95 |
| Credits and Payments during period (US$): | -22.95 |
| | |
| Net dues for company in this bill (US$): | 12.95 |

| Usage Charges | Usage | Rate | Total |
|---|---:|---:|---:|
| Inbound Calls (60 seconds unit) | 30 | 0.0590 | 1.77 |
| Forward and Outgoing Calls - Domestic (60 seconds) | 0 | 0.0000 | 0.00 |
| Click-to-Call Summary | 0 | 0.0590 | 0.00 |
| Voicemail-to-Text | 0 | 0.00 | 0.00 |
| Voicemail-to-Text | 22 | 0.10 | 0.00 |

Messages

Admin Settings
Activate Auto Attendant
Edit User Profile
Billing Plan
Billing Information
**Billing History**
Call Recording
Current Usage
Voicemail to Text
Web Conferencing Settings

**Account Settings**

**Call Settings**

**Conferencing**

**Quickstart Guide**

**Upgrade eVoice**

**Mobile Apps**

eVoice - Billing History Date Summary                    https://www.evoice.com/my-account/adminSettings/billingHisto...

**Recurring Monthly Charges Summary**

| | |
|---|---:|
| Billing Date: | 9/9/2012 |
| Billing Start Date: | 8/9/2012 |
| Billing End Date: | 9/8/2012 |
| Service Plan for Company | Monthly Service Plan: TIER1 |
| Recurring Charge for Company (US$): | 12.95 |
| Usage Charge For Company: | 0.00 |
| Total (Usage + Rebilling) Charge (US$): | 0.00 |
| Dues in Previous Period (US$): | 12.95 |
| Credits and Payments during period (US$): | -12.95 |
| Net dues for company in this bill (US$): | 12.95 |

| Usage Charges | Usage | Rate | Total |
|---|---:|---:|---:|
| Inbound Calls (60 seconds unit) | 26 | 0.0590 | 1.53 |
| Forward and Outgoing Calls - Domestic (60 seconds) | 0 | 0.0000 | 0.00 |
| Click-to-Call Summary | 0 | 0.0590 | 0.00 |
| Voicemail-to-Text | 0 | 0.00 | 0.00 |
| Voicemail-to-Text | 18 | 0.10 | 0.00 |

Messages

Admin Settings
Activate Auto Attendant
Edit User Profile
Billing Plan
Billing Information
Billing History
Call Recording
Current Usage
Voicemail to Text
Web Conferencing Settings

Account Settings

Call Settings

Conferencing

Quickstart Guide

Upgrade eVoice

Mobile Apps