IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MATTHEW THOMAS ZARDER, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-12-CA-0857-FB |
| § | |
| NCO FINANCIAL SYSTEMS, INC., § | |
| § | |
| Defendant. § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Joint Motion to Vacate Order Accepting Report and Recommendation of United States Magistrate Judge and to Dismiss with Prejudice filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Order Accepting Report and Recommendation of the United States Magistrate Judge filed September 22, 2014 (docket #86) is VACATED and this case is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear his, her or its own costs and attorney's fees. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 27th day of October, 2014.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE